# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| TED CHILDRESS | ) | CASE NO. 1:08 CV 2345 |
| | ) | |
| Plaintiff | ) | **JUDGE BOYKO** |
| | ) | **MAGISTRATE JUDGE BAUGHMAN** |
| | ) | |
| Vs. | ) | |
| | ) | |
| STATE FARM LIFE INSURANCE | ) | **NOTICE OF DISMISSAL** |
| COMPANY, et al. | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

Now comes Plaintiff, Ted Childress, by and through counsel, and enters a dismissal of his Complaint against both Defendants. Counsel for Defendant State Farm Life Insurance Company, when notified of Plaintiff's intent to dismiss, consented to the dismissal.

                                                                     Respectfully submitted,

```
IT IS SO ORDERED                    /S/ Martin J. Conry
                                    Martin J. Conry #0018874
s/Christopher A. Boyko              Attorney for Plaintiff
U.S. District Court Judge           151 Park Avenue
                                    Amherst, Ohio 44001
October 21, 2008                    (440) 988-4537 Telephone/Fax
                                    Mjc03bk@centurytel.net
```

## CERTIFICATE OF SERVICE

This is to certify that on the 20th day of October, 2008, a copy of the foregoing Notice of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

                                                                                             _____
Martin J. Conry #0018874
Attorney for Plaintiff
151 Park Avenue
Amherst, Ohio 44001
(440) 988-4537 Telephone/Fax
Mjc03bk@centurytel.net

MJC/srp*MyDocsMotions08/TChildress/101408